UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
SHIVA STEIN,                                        :
          Plaintiff,                      :
                                                    :       21-CV-5927 (JMF)
    -v-                                             :
                                                    :
QTS REALTY TRUST, INC. et al.,                      :
          Defendants.                     :
                                                    :
------------------------------------------------------------------------X
                                                    :
MARC WATERMAN,                                      :
          Plaintiff,                      :
                                                    :       21-CV-6080 (JMF)
    -v-                                             :
                                                    :
QTS REALTY TRUST, INC. et al.,                      :
          Defendants.                     :
                                                    :
------------------------------------------------------------------------X
                                                    :
SPENCER REISBICK,                                   :
          Plaintiff,                      :       21-CV-6350 (JMF)
                                                    :
    -v-                                             :
                                                    :
QTS REALTY TRUST, INC. et al.,                      :
          Defendants.                     :
                                                    :
------------------------------------------------------------------------X
                                                    :
FRED HARDWICK,                                      :
          Plaintiff,                      :       21-CV-6593 (JMF)
                                                    :
    -v-                                             :
                                                    :
QTS REALTY TRUST, INC. et al.,                      :       <u>ORDER</u>
          Defendants.                     :
                                                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 9, 2021, Plaintiff Shiva Stein filed a complaint in 21-CV-5927. On July 15, 2021, Plaintiff Marc Waterman filed a similar complaint in 21-CV-6080. On July 26, 2021, Plaintiff Spencer Reisbeck filed a similar complaint in 21-CV-6350. On August 4, 2021, Plaintiff Fred Hardwick filed a similar complaint in 21-CV-6593. As of this Order, no motion for consolidation has been filed, but 21-CV-6080, 21-CV-6350, and 21-CV-6593 have been accepted by the Court as related to 21-CV-5927, and the cases appear to involve common questions of law and fact.

The Court is inclined to consolidate 21-CV-5927, 21-CV-6080, 21-CV-6350, and 21-CV-6593, pursuant to Rule 42 of the Federal Rules of Civil Procedure for all purposes. Any party who objects to such consolidation shall file a letter brief, not to exceed three single-spaced pages, by **August 31, 2021**. If no party files a letter opposing consolidation, the Court will consolidate the four cases without further notice to the parties. Unless and until the Court orders otherwise, all other dates and deadlines remain in effect. If any party believes that the dates, deadlines, or procedures should be modified, it shall file a letter motion to that effect by **August 31, 2021**.

It is further ORDERED that Plaintiffs shall promptly serve a copy of this Order on each Defendant and file proof of such service on the docket.

The Clerk of Court is directed to file this Order on all of the above-captioned dockets. SO ORDERED.

Dated: August 24, 2021
New York, New York

JESSE M. FURMAN
United States District Judge