UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
SHIVA STEIN, :
                Plaintiff, :
: 21-CV-5927 (JMF)
    -v- :
:
QTS REALTY TRUST, INC. et al., :
                Defendants. :
:
------------------------------------------------------------------------X
:
MARC WATERMAN, :
                Plaintiff, :
: 21-CV-6080 (JMF)
    -v- :
:
QTS REALTY TRUST, INC. et al., :
                Defendants. :
:
------------------------------------------------------------------------X
:
SPENCER REISBICK, :
                Plaintiff, :
: 21-CV-6350 (JMF)
    -v- :
:
QTS REALTY TRUST, INC. et al., :
                Defendants. :
:
------------------------------------------------------------------------X
:
FRED HARDWICK, :
                Plaintiff, :
: 21-CV-6593 (JMF)
    -v- :
: ORDER
QTS REALTY TRUST, INC. et al., :
                Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

On July 9, 2021, Plaintiff Shiva Stein filed a complaint in 21-CV-5927. On July 15, 2021, Plaintiff Marc Waterman filed a similar complaint in 21-CV-6080. On July 26, 2021, Plaintiff Spencer Reisbeck filed a similar complaint in 21-CV-6350. On August 4, 2021, Plaintiff Fred Hardwick filed a similar complaint in 21-CV-6593. On August 24, 2021, the Court directed the parties to inform the Court if they opposed consolidation. (21-CV-5927, Docket No. 5; 21-CV-6080, Docket No. 4; 21-CV-6350, Docket No. 4; 21-CV-6593, Docket No. 4). No party has objected to consolidation. As the above-captioned actions involve common questions of law and fact and the parties do not oppose consolidation, it is hereby ordered that pursuant to Rule 42(a)(2) of the Federal Rules of Civil Procedure, they are consolidated under the case number 21-CV-5927. The initial pretrial conference will proceed as previously ordered. (21-CV-5927, Docket No. 4).

It is further ORDERED that the plaintiffs shall promptly serve a copy of this Order on each of the defendants and file proof of service on the docket.

The Clerk of Court is directed to consolidate 21-CV-5927, 21-CV-6080, 21-CV-6350, and 21-CV-6593 under case number 21-CV-5927, and to close 21-CV-6080, 21-CV-6350, and 21-CV-6593. **All future filings should be made in 21-CV-5927 alone.**

SO ORDERED.

Dated: September 1, 2021
      New York, New York

JESSE M. FURMAN
United States District Judge