UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIVA STEIN,

      Plaintiff,

v.

QTS REALTY TRUST, INC., CHAD
WILLIAMS, PHILIP P. TRAHANAS, JOHN
BARTER, JOAN DEMPSEY, CATHERINE
R. KINNEY, PETER A. MARINO, SCOTT
D. MILLER, MAZEN RAWASHDEH,
WAYNE REHBERGER, and STEPHEN E.
WESTHEAD,

      Defendants.

Case No.: 1:21-cv-05927-JMF

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Spencer Reisbick voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: September 10, 2021

Respectfully submitted,

**MONTEVERDE & ASSOCIATES PC**

*/s/Juan E. Monteverde*
Juan E. Monteverde (JM-8169)
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, New York 10118
Tel: 212-971-1341
Fax: 212-202-7880

*Attorneys for Plaintiff Spencer Reisbick*

The claims of Plaintiff Fred Spencer Reisbick are hereby dismissed. The Clerk of Court is directed to close this case. SO ORDERED.

[signature]
September 10, 2021